United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORREST CHRISTOPHER TAYLOR,

Plaintiff,

v.

R. CERVANTES, et al.,

Defendants.

Case No. 23-cv-01393-JD

**ORDER RE DISMISSAL**

Plaintiff, a state prisoner, filed a pro se civil rights action under 42 U.S.C. § 1983. The case was referred for settlement and the parties have filed a joint stipulation for voluntary dismissal with prejudice. Dkt. No. 42. Defendant responded to the Court's order and verified that the funds were disbursed into plaintiff's trust account. Dkt. No. 44. The Clerk is requested to close the case.

**IT IS SO ORDERED.**

Dated: December 13, 2024

JAMES DONATO
United States District Judge